**BLG** BRILL LEGAL GROUP, P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

July 31, 2020

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *USA v. Patrick Daly*
16 Cr. 281 (PGG)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated:  August 10, 2020

Dear Judge Gardephe:

I represent Patrick Daly. After submitting my voucher for work in this matter, the CJA clerk informs me that I needed to be separately reappointed for my work on the motion for compassionate release that the Court recently granted.

As such, I write to request that the Court reappoint me to this matter for the purpose of filing the compassionate release motion, *nunc pro tunc* to March 18, 2020.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788